IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHARLES RAY JOHNSON                                                           PLAINTIFF

vs.                                    Civil No. 4:13-cv-04112

CAROLYN W. COLVIN                                                            DEFENDANT
Commissioner, Social Security Administration

## MEMORANDUM OPINION

Before the Court is Defendant's Motion to Remand.  ECF No. 13.  Defendant filed this Motion

on April 29, 2014.  *Id.*  Plaintiff has responded to this Motion and has no objections to this Motion.

ECF No. 14.  The Parties have consented to the jurisdiction of a magistrate judge to conduct any and

all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and

conducting all post-judgment proceedings.  ECF No. 8.  Pursuant to this authority, this Court issues

this Memorandum Opinion.

With this Motion, Defendant seeks a remand pursuant to Sentence 4 of 42 U.S.C. § 405(g) for

further administrative proceedings.  ECF No. 13.  After considering this Motion, and because Plaintiff

has no objections to this Motion, the Court **GRANTS** Defendant's Motion to Remand.  A judgment

incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

**ENTERED this 8th day of May 2014.**

                                                       /s/  Barry A. Bryant
                                                       HON. BARRY A. BRYANT
                                                       U. S. MAGISTRATE JUDGE